rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 4 | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Brenda Tolbert | | | REPORTER/FTR 9:50 - 9:54 | | |
| MAGISTRATE JUDGE HON. MARIA-ELENA JAMES | | DATE February 21, 2008 | | | NEW CASE ☐ | CASE NUMBER 3-08-70090 MEJ | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT DEMETRIUS SMITH | AGE 26 | CUST AC | P/NP P | ATTORNEY FOR DEFENDANT Geoff Hansen | | | PD. ☒ RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Drew Caputo | INTERPRETER | | | ☒ FIN. AFFT SUBMITTED | | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Amy Berthelsen | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**FILED**
**FEB 2 1 2008**

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | **RICHARD W. WIEKING** |

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: 2-27-08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET | |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | | ☐ OTHER | |
| BEFORE HON. MEJ | ☒ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |

| ADDITIONAL PROCEEDINGS |
|---|

Def Counsel Request that he be Allowed to Confront Adverse Witnesses. AUSA Stated he has the Right to Proceed by Proffer. Defense Counsel Ordered to Proceed in Writing.

BT, PTS